# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TERRIE L. SENA, | Case No. 2:15-cv-2066-JCM-CWH |
| Plaintiff, | |
| v. | |
| OFFICER COLEMAN, CCDC, OFFICER CLINKSCALES, CCDC, | **ORDER** |
| Defendants. | |

Presently before the Court is Defendant's proposed discovery plan (ECF No. 15), filed June 20, 2016. Also before the Court is Plaintiff's motion to extend time to file a discovery plan and scheduling order (ECF No. 16), filed July 8, 2016.

Defendants represent that they attempted to meet and confer with Plaintiff but were unable to do so. Plaintiff now requests additional time to file her own proposed discovery plan, due to delay related to her incarceration. Rather than having the parties submit individual plans, the Court will require the parties to meet and confer and file a joint discovery plan and scheduling order.

IT IS THEREFORE ORDERED that the parties must file a joint discovery plan and scheduling order no later than August 3, 2016.

IT IS FURTHER ORDERED that Plaintiff's motion to extend time to file a discovery plan and scheduling order (ECF No. 16) is DENIED as moot.

DATED: July 14, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge