# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TERRIE L. SENA, )  Case No. 2:15-cv-02066-JCM-CWH
)
      Plaintiff, )
)
  v. )
)
OFFICER COLEMAN, CCDC, et al, )  **ORDER**
)
      Defendant. )
)
_____ )

    Presently before the court is pro se Plaintiff Terrie Sena's motion for an extension of time to respond to a discovery request (ECF No. 26), filed on September 20, 2016. Defendants did not file a response. Also before the court are Plaintiff's motions for leave to conduct a deposition (ECF Nos. 27 and 28), filed on September 20, 2016. Defendants filed responses (ECF Nos. 29 and 30) on September 30, 2016. Plaintiff did not file a reply.

    Plaintiff, who is presently incarcerated, requests an extension of time to respond to Defendants' first set of interrogatories and request for production of documents. As Plaintiff's proposed deadline, October 23, 2016, has already passed, the court will deny the motion as moot.

    Plaintiff also requests leave to depose the two named Defendants in this case. Defendants oppose this motion, arguing that Plaintiff does not cite any authority allowing plaintiffs to take a deposition while incarcerated. Further, although Plaintiff argues that these depositions are necessary for her case, she does not provide any reason that interrogatories or other written forms of discovery would be inadequate. Finding no grounds to order a deposition, the court will deny Plaintiff's motions.

//
//
//
//

1

IT IS THEREFORE ORDERED that Plaintiff's motion for an extension (ECF No. 26) is DENIED as moot.

IT IS FURTHER ORDERED that Plaintiff's motions for leave to take depositions (ECF No. 27 and 28) are DENIED.

DATED: November 3, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

2