ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
NOEL E. EIDSMORE, ESQ.
Nevada Bar No. 7688
Noel.Eidsmore@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
Corrections Officers Nicole Coleman
    and Zippora Clinkscales

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TERRIE L. SENA,<br><br>        Plaintiff,<br><br>vs.<br><br>OFFICER COLEMAN, CCDC, OFFICER CLINKSCALES, CCDC<br><br>        Defendants. | CASE NO. 2:15-cv-2066-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR FILING THE REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**First Request** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline for Defendants to file a Reply in support of their Motion for Summary Judgment in the above-captioned case, currently due June 6, 2017, for fourteen (14) days, up to and including June 20, 2017. Defendant's Motion was filed on April 21, 2017.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Defendant needs additional time to complete Defendants' Reply in support of their Motion for Summary Judgment in this matter, as he was in depositions from May 24-26 in other matters, including the matter of *Walker v. City of North Las Vegas, 2:14-cv-1475-JAK-NJK*.

…

…

4834-8168-0969.1

WHEREFORE, the parties respectfully request that this Court extend the time for the parties to file their dispositive motions by fourteen (14) days from the current deadline of June 6, 2017 up to and including June 20, 2017.

| | |
|---|---|
| DATED this 2nd day of June, 2017. | DATED this 2nd day of June, 2017. |
| LEWIS BRISBOIS BISGAARD & SMITH | GALLIAN WELKER & BECKSTROM, LC |
| */s/ Noel E. Eidsmore* | */s/ Travis N. Barrick* |
| Robert W. Freeman, Jr., Esq.<br>Nevada Bar No. 3062<br>Noel E. Eidsmore, Esq.<br>Nevada Bar No. 7688<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendants*<br>*Corrections Officers Nicole Coleman*<br>*and Zippora Clinkscales* | Travis N. Barrick, #9257<br>Nevada Bar No. 9257<br>540 E. St., Louis Ave.<br>Las Vegas, Nevada 89117<br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

Dated June 7, 2017.

_____
U.S. DISTRICT COURT JUDGE